**SO ORDERED.**

**SIGNED this 09 day of July, 2009.**

_____
**Randy D. Doub
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: SOUTHONE LOUANGXONIKONE<br>KIENGKHAM INTHISANE<br>DEBTOR | CASE NO.: 08-08767-8-ATS<br><br>CHAPTER 13 |
| TWEEKIAT THEERAATTAWET, et al.<br>PLAINTIFFS | |
| v. | ADVERSARY PROCEEDING<br>NO.: 09-00068-8-ATS |
| SOUTHONE LOUANGXONIKONE, et al.<br>DEFENDANTS | |

**CONSENT JUDGMENT**

The Plaintiffs and Defendants by and through their respective attorneys of record hereby stipulate as follows:

1. On December 8, 2008, the Defendants filed chapter 13.

2. Plaintiffs filed an adversary proceeding objecting to the discharge of the debt. The Parties desire to resolve this matter without further litigation upon the terms and conditions herein.

**AGREEMENT**

3. The Parties agree that the sum of $75,000.00 shall not be discharged by order of this Court, and the Plaintiffs shall be granted judgment against the Defendants in this amount.

      4.  The parties each agree to pay their own attorney fees and cost in this matter.

Dated: 7/6/09

/s/Travis Sasser
Travis Sasser
Attorney for Defemdamts
NC Bar: 26707

Dated: 7/6/09

/s/John Austin
John Austin
Attorney for Plaintiffs
NC Bar: 20826

End of Document